IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CARLOS WAYNE TOOMBS, pro se,
T.D.C.J.-CID No. 1109593
    Plaintiff,

V.                                        2:14-CV-0262

DEANNA MASSIGILL, Asst. Dist. Atty.,
TIM CANTRELL, Trial Counsel,
RICKY DeARMON, Amarillo Police Officer,
JIM McKENNEY, Sgt. Amarillo Police Officer,

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 JAN 27 PM 1:59
DEPUTY CLERK ac

## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTION TO THE UNITED STATES MAGISTRATE JUDGES' REPORT AND RECOMMENDATION

COME NOW, on this the 20th day of January, 2015, plaintiff, Carlos Wayne Toombs, pro se, and will state under the penalty of perjury that on this day I did receive a copy of the Report and Recommendation of the United States Magistrate Judge dated January 9, 2015 and post marked that same day.

Plaintiff will state that because I did not receive this report until today, January 20, 2015 by Unit Legal Mail, I am in need of an Extension of Time so that I may adequately respond to the Magistrates report, therefore, I Carlos Wayne Toombs, plaintiff, pro se respectfully

1

request of the Honorable Court an Extension of Time so that I may give the Magistrates report its proper attention.

This day January 20, 2015

Respectfully Submitted

Carlos Wayne Toombs  dc. 1109593
810 FM 2821
Huntsville Texas
77349

CLERK
United States District Court
Northern District of Texas
205 S.E. 5th Ave. Room 133
Amarillo, Texas 79101


RECEIVED
JAN 27 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Re: Cause No: 2:14-CV-0262

Dear Clerk,

Please find enclose one (1) copy of plaintiffs request for extenson of time to file Objection to the Magistrates Report and Recommendation, please file and bring to the attention of the Court, thank you for your assistance in this matter.

Respectfully Submitted

This day January 20, 2015

Carlos Wayne Toombs No. 1169593
810 FM 2821
Huntsville, Texas
77349

```
          TDCJ - INSTITUTIONAL DIVISION
                OFFICIAL LAYIN PASS
                   ADMINISTRATIVE

  EFFECTIVE DATE: 01/20/2015
  FROM-TO TIME: 08:00-08:30    _____
  START DATE: 01/20/2015 END DATE: 01/20/2015

  ADMIT: 01109593 TOOMBS,CARLOS WAYNE
    REASON: LEGAL MAIL          HOUSE: C-4-3-23T

    JOB: FIELD SQ 11                  06:00-12:30
    EDUC:


  COURTROOM: EC

  TITLE: CTRM
```

